# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | |
|---|---|
| AEY PHV LLC, a Florida limited liability company d/b/a THE DOG BOOK; and THE EVERYTHING EDITIONS LLC, a Florida limited liability company d/b/a THE DOG BOOK, | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 26-cv-27881-RAR |
| REMUS COLLECTION, INC., a Delaware corporation; RYAN ROUCHE, an individual; NEIL AZOUZ, an individual; LANCELOT MORIN, an individual; and JOHN DOE 1 a/k/a "FIX MY BRAND" a/k/a "ASHMIT ASHMIT," | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* REMUS COLLECTION, INC.
5050 Biscayne Boulevard, Suite 201
Miami, Florida 33137

c/o Corporation Service Company
251 Little Falls Drive
Wilmington, New Castle, 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua L. Cohen, Esq.
Florida Bar No. 1035422
NUNEZ & FLEISCHER, P.A.
303 SW 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 463-4972
jcohen@nunezandfleischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUMMONS

Date: 11/06/2026

s/ J. Adams

Deputy Clerk
U.S. District Courts

Angela E. Noble
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AEY PHV LLC, a Florida limited liability company d/b/a THE DOG BOOK; and THE EVERYTHING EDITIONS LLC, a Florida limited liability company d/b/a THE DOG BOOK,

*Plaintiff(s)*

v.

REMUS COLLECTION, INC., a Delaware corporation; RYAN ROUCHE, an individual; NEIL AZOUZ, an individual; LANCELOT MORIN, an individual; and JOHN DOE 1 a/k/a "FIX MY BRAND" a/k/a "ASHMIT ASHMIT,"

*Defendant(s)*

Civil Action No. 26-cv-27881-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* RYAN ROUCHE
1402 S Dixie Hwy, 1433,
Lantana, FL 33462

5050 Biscayne Boulevard, Suite 201
Miami, Florida 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joshua L. Cohen, Esq.
Florida Bar No. 1035422
NUNEZ & FLEISCHER, P.A.
303 SW 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 463-4972
jcohen@nunezandfleischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 11/06/2026

*s/ J. Adams*

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

AEY PHV LLC, a Florida limited liability company d/b/a THE DOG BOOK; and THE EVERYTHING EDITIONS LLC, a Florida limited liability company d/b/a THE DOG BOOK,

*Plaintiff(s)*

v.

REMUS COLLECTION, INC., a Delaware corporation; RYAN ROUCHE, an individual; NEIL AZOUZ, an individual; LANCELOT MORIN, an individual; and JOHN DOE 1 a/k/a "FIX MY BRAND" a/k/a "ASHMIT ASHMIT,"

*Defendant(s)*

Civil Action No. 26-cv-27881-RAR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* NEIL AZOUZ
c/o Remus Collection, Inc.
5050 Biscayne Boulevard, Suite 201
Miami, Florida 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Joshua L. Cohen, Esq.
Florida Bar No. 1035422
NUNEZ & FLEISCHER, P.A.
303 SW 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 463-4972
jcohen@nunezandfleischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

SUMMONS

Date: 11/06/2026

Angela E. Noble
Clerk of Court

s/ J. Adams

Deputy Clerk
U.S. District Courts

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

| | | |
|---|---|---|
| AEY PHV LLC, a Florida limited liability company d/b/a THE DOG BOOK; and THE EVERYTHING EDITIONS LLC, a Florida limited liability company d/b/a THE DOG BOOK,<br>*Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 26-cv-27881-RAR |
| REMUS COLLECTION, INC., a Delaware corporation; RYAN ROUCHE, an individual; NEIL AZOUZ, an individual; LANCELOT MORIN, an individual; and JOHN DOE 1 a/k/a "FIX MY BRAND" a/k/a "ASHMIT ASHMIT,"<br>*Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* LANCELOT MORIN
c/o Remus Collection, Inc.
5050 Biscayne Boulevard, Suite 201
Miami, Florida 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Joshua L. Cohen, Esq.
Florida Bar No. 1035422
NUNEZ & FLEISCHER, P.A.
303 SW 6th Street
Fort Lauderdale, Florida 33315
Telephone: (954) 463-4972
jcohen@nunezandfleischer.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF FLORIDA

Angela E. Noble
Clerk of Court

**SUMMONS**

Date: 11/06/2026

s/ J. Adams

Deputy Clerk
U.S. District Courts